IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
GRETA EVANS,                    )
                                )
             Plaintiff,         )
                                )
   v.                           )    1:23-cv-8
                                )
DENIS R. MCDONOUGH,             )
Secretary, Department           )
of Veteran Affairs,             )
                                )
             Defendant.         )
```

### ORDER

On September 16, 2024 the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 24, 25.) No objections were filed within the time prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 24), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's Motion to Withdraw Civil Action Case 1:23-cv-008, (Doc. 21), is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 5th day of November, 2024.

/s/ William L. Osteen, Jr.
United States District Judge