IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GRETA EVANS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:23-cv-8 |
| ) | |
| DENIS R. MCDONOUGH, ) | |
| Secretary, Department ) | |
| of Veteran Affairs, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Withdraw Civil Action Case 1:23-cv-008, (Doc. 21), is **GRANTED,** and this action is **DISMISSED WITHOUT PREJUDICE.**

This the 5th day of November, 2024.

_____
United States District Judge